Case No. **4:18cv00106 JM**
Style: **CTHC Holdings LLC v. First Capital Real Estate**

**MOTION HEARING / TRIAL MINUTES
& EXHIBIT LIST**

Bench trial held March 28, 2019

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CTHC Holdings LLC**
PLAINTIFF
ATTY: Kelly McNulty
ATTY: Aaron M. Heffington

                                      JUDGE: James Moody Jr.
v.                          4:18cv00106 JM        REPORTER: K. Baker
                                      CRD: K. Glenn

**First Capital Real Estate Investments LLC, et al.**   DATE: March 28, 2019
DEFENDANTS
ATTY: Joshua Brinen
ATTY: David Jung (relieved)
ATTY: Jaimie Moss (relieved)

### MINUTES – MOTION HEARING / BENCH TRIAL

| TIME | *DAY 1, Thursday, March 28, 2019 in Little Rock, AR  (Court Reporter: K. Baker)* |
|---|---|
| 9:00 | Court in session for hearing on Plaintiff's Motion for Order to Show Cause. After argument from counsel the motion is held in abeyance. (Document No. 39). |
| 9:28 | Court takes up Defendants' Motion for Leave to Withdraw exparte; counsel agrees; motion granted. (Docket No. 46) David Jung and Jaimie Moss relieved as counsel for Defendants. |
| 9:35 | Court proceed with bench trial. Parties stipulate to exhibits 1-8; Plaintiff call Rick Williams as witness no. 1. |
| 10:40 | Court in recess. |
| 10:50 | Cross examination of witness no. 1. |
| 11:05 | Plaintiff calls Suneet Singal as witness no. 2 |
| 12:13 | Court suspends bench trial for further discovery. Parties directed to provide the Court with a status report in 21 days. |
| 12:15 | Court adjourned |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| **CTHC Holdings, LLC,** <br>         **Plaintiff,** <br> **vs.** <br><br> **First Capital Real Estate Investments, LLC, United Realty Capital Operating Partnership, LP, and Suneet Singal** <br>         **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No. 4:18-cv-00106-JM <br> ) <br> ) <br> ) <br> ) <br> ) |

## EXHIBIT LIST – PLAINTIFF CTHC HOLDINGS, LLC

*Stipulated Exhibits*:

**Pl. Ex. 1**:  Pledge and Security Agreement

**Pl. Ex. 2**:  Mortgage from CTHC Holdings, LLC to Heartland Bank, recorded on December 13, 2016 as Instrument # 2016-023649.

**Pl. Ex. 3**:  CTHC Holdings, LLC Resolution to Grant Collateral dated December 2, 2016.

**Pl. Ex. 4**:  UCC Filing Acknowledgement and Financing Statement dated November 6, 2017.

**Pl. Ex. 5**:  Notice of Default dated August 2, 2017 from Heartland Bank to Borrowers.

**Pl. Ex. 6**:  Notice of Default dated November 6, 2017 from CTCH to First Capital.

**Pl. Ex. 7**:  Certificate No. UROP-100152 for 466,565 OP Units in First Capital Real Estate Operating Partnership, LP

**Pl. Ex. 8**:  Amendment to Certificate of Limited Partnership dated September 23, 2015.

*Exhibits Subject to Objection from Defendants*:

**Pl. Ex. 9**:  Form 8-K for First Capital Real Estate Trust Incorporated dated May 16, 2017.

**Pl. Ex. 10**:  Email dated February 19, 2019 from Joshua Brinen to Court and opposing counsel.

**Pl. Ex. 11**:  Form 8-K for United Realty Trust Incorporated dated September 21, 2015.

**Pl. Ex. 12**:  Interest Contribution Agreement dated September 13, 2016.

Respectfully submitted,

**CTHC HOLDINGS, LLC**
by its attorneys:

GILL RAGON OWEN, P.A.
425 West Capitol Ave., Suite 3800
Little Rock, Arkansas 72201
Telephone: (501) 376-3800
Facsimile:  (501) 372-3359
mcnulty@gill-law.com
heffington@gill-law.com

By: ___*Kelly W. McNulty*___
    Kelly W. McNulty, Bar No. 2005141
    Aaron M. Heffington, Bar No. 2013227

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on March 27, 2019, the foregoing was served upon the following counsel of record via email:

Jamie G. Moss
David C. Jung
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
jmoss@wlj.com
djung@wlj.com

Joshua D. Brinen
BRINEN & ASSOCIATES, LLC
90 Broad Street, Second Floor
New York, New York 10004
jbrinen@brinenlaw.com

          ___*Kelly W. McNulty*___
          Kelly W. McNulty