IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CTHC HOLDINGS, LLC**                                              **PLAINTIFF**

**V.**                              **4:18CV00106 JM**

**FIRST CAPITAL REAL ESTATE
INVESTMENTS, LLC,
UNITED REALTY CAPITAL OPERATING
PARTNERSHIP, LP, and SUNEET SINGAL**                          **DEFENDANTS**

## DEFAULT JUDGMENT

Pending is Plaintiff CTHC Holdings, LLC's ("CTHC") Motion for Default Judgment against Defendants, a Clerk's Default having previously been entered against all Defendants (ECF No. 62). It appears that the Motion for Default Judgment (ECF No. 63) is well taken and should be GRANTED. Default judgment is entered against the Defendants as follows:

a. Count I—Fraud. Judgment against Suneet Singal in the amount of $1,200,000.00 in compensatory damages and in the amount of $1,000,000.00 in punitive damages;

b. Count II—Replevin and Count III—Breach of Contract. Judgment in the amount of $8,864,735.00 against the Defendants, jointly and severally.

A motion for costs and attorneys' fees must be filed separately and in accordance with Rule 54(d) and Local Rule 54.1. The Clerk is directed to close the case.

IT IS SO ORDERED this 17th day of March, 2020.

_____
James M. Moody Jr
United States District Judge